107 P.3d 923

**NEW PCR INTL. et al.**

v.

**ICA/Scott Tomlinson.**

**No. CV–04–0351–PR.**

Supreme Court of Arizona.

March 22, 2005.

ORDERED: Motion For Depublication by the Arizona Supreme Court = GRANTED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

FURTHER ORDERED: Petition for Review = DENIED.

107 P.3d 923

**Cheryl McHATTON/Christine Ilseman**

v.

**John RIBEIRO.**

**No. CV–04–0361–PR.**

Supreme Court of Arizona.

March 22, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

107 P.3d 923

**STATE of Arizona**

v.

**Robert Eugene DARNELL.**

**No. CR–04–0433–PR.**

Supreme Court of Arizona.

March 22, 2005.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.